**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2347**

LIBBY A. DEMERY,

        Plaintiff - Appellant,

    v.

JOHN M. MCHUGH, Secretary of the Army,

        Defendant – Appellee,

    and

KATHERINE ARCHULETA,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:13-cv-02389-PWG)

Submitted: March 17, 2016        Decided: March 21, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Libby A. Demery, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Greenbelt, Maryland, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Libby Demery appeals the district court's letter order denying her motions for Fed. R. Civ. P. 60(d)(3) relief and for recusal of the presiding district judge.[*] On appeal, we confine our review to the issues raised in Demery's informal briefs. See 4th Cir. R. 34(b). We have reviewed the record in light of Demery's arguments and find no reversible error in the district court's conclusion that Demery did not allege fraud on the court warranting postjudgment relief under Rule 60(d)(3). Accordingly, we affirm substantially for the reasons stated by the district court. Demery v. McHugh, No. 8:13-cv-02389-PWG (D. Md. filed Oct. 23, 2015 & entered Oct. 26, 2015). We deny Demery's motion requesting oral argument because the facts and

---

[*] Demery's informal briefs also address the court's underlying judgment dismissing her claims of unlawful discrimination, retaliation, and veterans' preference violations in hiring, and its denial of Fed. R. Civ. P. 59(e) relief. Because Demery did not timely appeal those orders, they are not properly before us. See Fed. R. App. P. 3(c)(1)(B), 4(a)(1)(B), (4)(A)(iv); Jackson v. Lightsey, 775 F.3d 170, 175-77 (4th Cir. 2014). Further, insofar as Demery seeks appellate review of a sanctions request filed with the Department of Justice, such proceedings are not within this court's jurisdiction.

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED